United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **MOHAMMED ANWARD GAZALI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01258** |
| | § | |
| **WARDEN WEBB COUNTY DETENTION** | § | |
| **CENTER, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner Mohammed Anward Gazali's ("Petitioner") *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.) On July 24, 2026, Respondents submitted a Response to Petition for Writ of Habas Corpus and Motion for Summary Judgment. (Dkt. 8.) Having reviewed Respondents' submission, the Court requires additional clarification.

Accordingly, Respondents are hereby **ORDERED** to submit an advisory on or before **August 7, 2026**, indicating whether Petitioner has ever been released from custody into the United States since his arrival in January of 2025 or if he has remained continuously detained.

The Clerk of Court is also **DIRECTED** to mail Petitioner a copy of this Order by any receipted means to the following address:

> **Mohammed Anward Gazali**
> **A# 221-042-649**
> **Webb County Detention Center**
> **9998 S. Highway 83**
> **Laredo, TX 78046**

IT IS SO ORDERED.

1 / 2

SIGNED this August 3, 2026.

_____

Diana Saldaña
United States District Judge